# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| MATTHEW JONES, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV425-087 |
| SAVANNAH POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 5, to which objections have been filed, doc. 6. Accordingly, Plaintiff's objections are **OVERRULED**, and the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Doc. 5. Plaintiff's Complaint is **DISMISSED**. Doc. 1. The Clerk is **DIRECTED** to **CLOSE** this Case.

**SO ORDERED** this ___1___ day of May, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA